**EXHIBIT A**



**United Public Service Employees Union**
3555 Veterans Hwy., Suite H, Ronkonkoma, NY 11779
631-738-8773    Fax: 631-738-7236

# TOWN OF ISLIP BLUE COLLAR UNIT
## Grievance Form

NAME: Jennifer Nin                TEL#: 631.445.9643

ADDRESS: 100 Arrival Avenue   Ronkonkoma, NY 11779

EMPLOYER: Town of Islip Blue Collar Unit   DEPT/LOCATION: Aviation & Transportation Center

JOB TITLE: Airport Security Guard   DATE SUBMITTED: November 1, 2018

**STATEMENT OF GRIEVANCE** Include Contract Violation. State your grievance clearly in the space below including all applicable provisions of the CBA including but not limited to Article XLI (Grievance Procedure) Attach additional sheet if necessary.

The Town of Islip is in violation of the Collective Bargaining Agreement including but not limited to Article VI Overtime Pay and Policy Section 3 in that Jennifer Nin was unfairly mandated to work overtime in place of an employee who has the ability to work.

**Remedy Sought:** The union demands that this action cease and desist and further demands grievants be made whole for all monies and benefits lost as a result of this violation.

_____     _____
Signature of member                  Signature of UPSEU Representative

---

**STEP 1 RESULTS** (Attach sheet if necessary)

Accept results ☐   Request Next Step ☐   Member Signature _____

**STEP 2 RESULTS** (Attach sheet if necessary)  Supervisor _____   Date _____

Accept results ☐   Request Next Step ☐   Member Signature _____

**STEP 3 RESULTS** (Attach sheet if necessary)  Supervisor _____   Date _____

Accept results ☐   Request Next Step ☐   Member Signature _____

**STEP 4 – APPROVED TO BE SUBMITTED FOR ARBITRATION**   Date _____

By _____

All_Shops\NY\Town\Islip_BC\Grievance/18_Aviation_Trans_J_Nin_Mandated_OT_11_1_FC.cdb