At this Federal Court, held in and
for the Eastern District of New York
State at the courthouse located at 100
Carleton Avenue, Central Islip, New York
on the _____ day of _____,2019

PRESENT:

HON. _____
     J.D.C.

---------------------------------------X
JENNIFER NIN and DIANNE TRITSCHLER,

    Plaintiff

    -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, SUFFOLK COUNTY POLICE
COMMISSIONER GERALDINE HART, SUFFOLK
COUNTY PISTOL LICENSING BUREAU EXECUTIVE
OFFICER SGT. WILLIAM WALSH, SUFFOLK COUNTY
COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI,
PISTOL LICENSING BUREAU POLICE OFFICER MARC
SFORZA, TOWN OF ISLIP, ANGIE CARPENTER, TOWN
SUPERVISOR, DIRECTOR OF AIRPORT SECURITY
KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR
ARTHUR ABBATE, AIRPORT COMMISSIONER SHELLY
LAROSE-ARKEN, SUFFOLK COUNTY PISTOL LICENSING
BUREAU INVESTIGATOR NICHOLAS LORUSSO and
SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE
SGT. MICHAEL FLANAGAN,

    Defendant(s).
---------------------------------------X

**CV-19 1546**

**ORDER TO SHOW CAUSE**

FEUERSTEIN, J.

TOMLINSON, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 22 2019 ★

LONG ISLAND OFFICE

**PLEASE TAKE NOTICE**, that upon the pleadings seeking damages pursuant to 42 U.S.C. 1983 and the filing of the annexed affirmation of **RICHARD W. YOUNG, Esq.** affirmed the 21st day of March, 2019, and upon the affidavits of plaintiffs, JENNIFER NIN and DIANNE TRITSCHLER, dated March 18, 2019 and the affidavits of Anthony Passalacqua and Glen Klein dated March 15, 2019, and upon all pleadings herein,

**LET** the respondents show cause before this court at the courthouse located at 100 Federal Plaza, Central Islip, New York on the ____ day of April, 2019 at 9:30 o'clock in the forenoon of that day, or as soon as counsel can be heard, why an order should not be granted for the following:

1. Issuing an order staying the January 24, 2018 Arbitration before Hon. Roger Maher to determine the employment status of plaintiff JENNIFER NIN until further order of this Honorable Court;

2. Issuing an order that the Suffolk County Police Department Pistol License Section be ordered to return the pistol license and property of the plaintiffs herein; and further

3. Issuing an order that the defendant Town of Islip be ordered to turn over all records related to this matter in **"native format"** including notes, memoranda, text messages, e-mails and interoffice instant messages and provide the entire report, including the Basis on Knowledge of Dr. Ben Accomando from an examination of plaintiff JENNIFER NIN held on or about November 9, 2018; and it is hereby further ordered;

4. Issuing an order that the defendant SUFFOLK COUNTY and the SUFFOLK COUNTY POLICE DEPARTMENT turn over all written policies regarding suspension of pistol licenses, all documents related to this case including notes, memoranda, text messages, e-mails, interoffice instant messages, letters, investigative notes in **"native format:** ; and further relief as to this court may seem just and proper.

ORDERED, that service of a copy of this ORDER TO SHOW CAUSE together with a copy of the papers upon which it is based, upon the defendants at their respective business addresses by personal service or before the _____ day of March, 2019, and it is further

ORDERED, that service of a copy of this ORDER TO SHOW CAUSE upon the Suffolk County Attorney's Office at the H. Lee Dennison Building, 100 Veterans Memorial Highway, Hauppauge, New York 11788 on or before the \_\_\_\_\_ day of March, 2019, shall be deemed good and sufficient service thereof.

ENTER:

_____
J.D.C.