```
Item #: 050328913        AFFIDAVIT OF SERVICE (CORPORATE/SUBST)
UNITED STATES DISTRICT COURT                    ASSIGNED JUDGE:
EASTERN DISTRICT OF NEW YORK                    FEUERSTEIN, SANDRA J, USJ
------------------------------------x           atty/pro se:
JENNIFER NIN and DIANE              :           RICHARD W. YOUNG, ESQ.,
TRITSCHLER,        Plaintiff(s),    :           863 ISLIP AVENUE,
      - against -                   :           CENTRAL ISLIP, NEW YORK,
                                    :           11722; Ph 631.224.7500
COUNTY OF SUFFOLK, SUFFOLK COUNTY   :
POLICE DEPARTMENT DETECTIVE SGT.    :
MICHAEL FLANAGAN, ET ORS, TOWN OF   :           INDEX NUMBER(S):
ISLIP, ET ORS,    Defendant(s).     :           CV-19-01546  SJF/AKT
------------------------------------x
STATE OF NEW YORK, COUNTY OF SUFFOLK; : ss.:
```

**WESLEY E. MARTIN**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: CENTRAL ISLIP, NEW YORK 11722;
that on: **Thursday, March 28th, 2019, at 12:58 P.M.,**
at the: **H. LEE DENNISON SUFFOLK COUNTY OFFICE BUILDING, 100 VETERAN'S MEMORIAL HIGHWAY, SOUTH SIDE, JUST WEST OF ROUTE 111, FLOOR #6, COUNTY ATTORNEY'S OFFICE, HAUPPAUGE, NEW YORK 11788;**
Your deponent served the within:
<u>ORDER</u> and <u>VERIFIED COMPLAINT</u>, with Exhibit(s) "A" through "M" attached thereto, and "NIN" AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE (19 PAGES), w/Exhibits "A", "B", "M", "C" thru "J", "O" attached thereto, and "TRITCSHLER" AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE (4-Pages), w/Exhibits "D" & "E" attached thereto, and "KLEIN" AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE (5-Pages), and "PASSALACQUA" AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE (8-Pages), with Index Number: CV-19-01546 endorsed thereon;
upon: **<u>SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE MICHAEL FLANAGAN</u>**, the Recipient party named in the herein-above captioned & indexed action; a natural person and/or domestic municipal corporation/subdivision/officer thereof; by delivering thereat a true copy of each thereof,
to: **MS. JERILYN BIRYLA**, personally,
pursuant to CPLR §308 &/or CPLR §311, et seq.; deponent knew said domestic municipal corporation/subdivision/officer so served to be the recipient-party named and described as such in said aforementioned documents as said recipient party, and knew said individual to be the: **SENIOR OFFICE ASSISTANT/AUTHORIZED RECIPIENT** thereof;
Your deponent describes the individual so served as follows;
Female, white skin, blonde hair, 41-50 yrs., 131-145 lbs., 5'4"-5'6" hgt.,
Other identifying features seen;
**CORDIAL & PROFESSIONAL DEMEANOR, EYEGLASSES, OFFICE ATTIRE;**
The following additional observations were made by me in conjunction herewith;
**RECIPIENT WAS SERVED AT HER DESK BEHIND THE LOCKED GLASS SECURITY PARTITION JUST INSIDE FROM THE ELEVATOR AREA LOBBY ON FLOOR 6 OF THE H. LEE DENNISON BUILDING AT THE ADDRESS GIVEN; JUST AFTER DEPONENT WAS "BUZZED-IN" TO SAID DESK AREA, AT HER SAID FRONT RECEPTION DESK AREA; AND THE RECIPIENT ACKNOWLEDGED HER ID, AND DID FURTHER STATE THAT SHE WAS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE COUNTY DEFENDANTS, AND THEN ACCEPTED SAID PAPERS (EIGHT TRUE CONFORMED COPIES THEREOF); SAID SERVICE HEREIN WAS MADE PURSUANT TO THE PROVISIONS OF NYS CPLR §311(4) AND APPLICABLE FEDERAL RULES; RECIPIENT FURTHER "LOGGED-IN" SAID SERVICE(S) IN HER OFFICE' NOTEBOOK, AND THEN BEGAN TIME-STAMPING-IN EACH COPY SHE RECEIVED, ON THE REVERSE SIDE OF EACH COPY. FURTHER STATES SHE HAS BEEN WITH COUNTY 3½-YEARS.**

Subscribed and sworn to before me on Monday, 04/01/2019
eagle assoc process service
EAPS::C:\050328913.SUB.FED

JOHN R. HABERMAN
Notary Public - State of New York
No. 01HA6715860
Qualified in Suffolk County
Commission Expires: January 31, 2023

WESLEY E. MARTIN  631.948.5731