# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

DATE: September 18, 2019          TIME: 11:15 am (30 min)

CASE NUMBER:      2:19-cv-01546-SJF-AKT

CASE TITLE:      Nin, et al v. County of Suffolk, et al

PLTFFS ATTY:      Richard Young
                 X  present            ___ not present

DEFTS ATTY:       John DiCioccio and Arlene Zwilling
                 x  present            ___ not present

COURT REPORTER:         COURTROOM DEPUTY: Bryan Morabito

OTHER:

 X   CASE CALLED.

___  ARGUMENT HEARD / CONT'D TO_____.

___  DECISION:  ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER: Discovery is referred to the Magistrate Judge and shall be completed by 1/13/20.  There will be no extensions.  Jury selection and trial is scheduled before Judge Feuerstein on 2/10/2020 at 10:00 am.