# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

**DATE**:   February 20, 2020              **TIME**:   30 Minutes

**CASES**:   19cv05738 Passalacqua v. County of Suffolk
19cv1546 Nin v. County of Suffolk

**FILED
CLERK**
2/20/2020 4:10 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**PLTFFS ATTY**:   Richard Young

  X  Present           Not Present

**DEFTS ATTY**:   William Wexler (Town of Islip); Arlene Zwilling (Suffolk County)

  X  Present           Not Present

**COURT REPORTER**:           **COURTROOM DEPUTY**:   Bryan Morabito

**OTHER**:

X       CASE CALLED.

_       ARGUMENT HEARD / CONT'D TO              .

_       DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**

All discovery in both cases shall be completed by August 10, 2020. Discovery is referred to the magistrate judge. In the interim, both cases are <u>closed</u> with leave to reopen on ten (10) days' notice no later than August 20, 2020.

The trial scheduled for March 30, 2020 in the *Nin* case is adjourned without date. A status conference for both cases (for control date purposes) is set for November 4, 2020 at 11:15 a.m. in courtroom 1010 of the Central Islip courthouse.