**COUNTY OF SUFFOLK**



**STEVEN BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**
**ACTING COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

April 29, 2020

Richard Young, Esq.
Young & Young, LLP
863 Islip Avenue
Central Islip, New York 11722

William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, NY 11703

Re:   Nin  v. County of Suffolk, et al.
       19-cv-1546(SJF)(AKT)

Dear Counsellors:

Enclosed please find the following documents for service upon your office:

1.   Notice of Motion Pursuant to Rule 12(c);

2.   County Defendants' Memorandum of Law In Support of Motion Pursuant to Rule 12(C) for Judgment on the Pleadings

Very truly yours,

Dennis M. Cohen
Acting County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
     Assistant County Attorney

Encl.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169