# Young & Young, LLP

*ATTORNEYS AT LAW*

**RICHARD W. YOUNG**

863 ISLIP AVENUE
CENTRAL ISLIP, NEW YORK 11722-4816
PHONE - (631) 224-7500
FAX - (631) 224-9400
*WWW.YOUNGANDYOUNGESQ.COM*

**PATRICK F. YOUNG***

*also admitted in Florida

May 14, 2020

Dennis M. Brown, Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, N.Y. 11788

Attn: Arlene S. Zwilling, Esq., Asst. County Attorney

Re: Jennifer Nin, et al. v. County of Suffolk, et al.
Civil Action No. 19-cv-1546 (SJF)(AKT)

Dear Ms. Zwilling:

As you know, this office represents the plaintiffs in the abovementioned action. Without waiving our objection to your filing this dispositive, I write to provide you a copy of Plaintiffs' Opposition to Defendants' Motion for Judgment on the pleadings.

Thank you very much for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Richard W. Young, Sr., Esq.
(RWY7633)