UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNIFER NIN and DIANNE TRITSCHLER,

                                          Plaintiffs,

                  -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE,
STEVEN BELLONE, SUFFOLK COUNTY POLICE
COMMISSIONER GERALDINE HART, SUFFOLK
COUNTY PISTOL LICENSING BUREAU EXECUTIVE
OFFICER SGT. WILLIAM WALSH, SUFFOLK COUNTY
COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI,
PISTOL LICENSING BUREAU POLICE OFFICER MARC
SFORZA, TOWN OF ISLIP, ANGIE CARPENTER, TOWN
SUPERVISOR, DIRECTOR OF AIRPORT SECURITY
KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR
ARTHUR ABBATE, AIRPORT COMMISSIONER SHELLY
LAROSE-ARKEN, SUFFOLK COUNTY PISTOL LICENSING
BUREAU INVESTIGATOR NICHOLAS LORUSSO and
SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE
SGT. MICHAEL FLANAGAN,

                                       Defendants.

**NOTICE OF MOTION
PURSUANT TO RULE 12(c)**

19-cv-1546(SJF)(AKT)

        PLEASE TAKE NOTICE, that upon County Defendants' Memorandum of Law in Support of Motion Pursuant to Rule 12(c) for Judgment on the Pleadings and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Sandra J. Feuerstein at the United States Federal Courthouse, located at 100 Federal Plaza, Central Islip, New York, on the _____day of 2020 at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard, for judgment on the pleadings pursuant to Fed.R.Civ.P.

Rule 12(c) dismissing the Complaint as against them.

DATED:       Hauppauge, New York          Yours, etc.
             April 28, 2020

                                          DENNIS M. COHEN
                                          Acting County Attorney
                                          Attorney for County Defendants
                                          H. Lee Dennison Building
                                          P.O. Box 6100
                                          Hauppauge, New York 11788-0099

                                          */s/ Arlene S. Zwilling*
                                          By: Arlene S. Zwilling
                                          Assistant County Attorney


TO:

Richard Young, Esq.
Young & Young, LLP
Attorney for Plaintiffs
863 Islip Avenue
Central Islip, New York 11722

William D. Wexler, Esq.
Attorney for Town Defendants
816 Deer Park Avenue
North Babylon, NY 11703