**COUNTY OF SUFFOLK**



**STEVEN BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**ACTING COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

April 29, 2020

Richard Young, Esq.
Young & Young, LLP
863 Islip Avenue
Central Islip, New York 11722

William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, NY 11703

  Re: Nin v. County of Suffolk, et al.
     19-cv-1546(SJF)(AKT)

Dear Counsellors:

Enclosed please find the following documents for service upon your office:

1. Notice of Motion Pursuant to Rule 12(c);

2. County Defendants' Memorandum of Law In Support of Motion Pursuant to Rule 12(C) for Judgment on the Pleadings

Very truly yours,

Dennis M. Cohen
Acting County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
  Assistant County Attorney

Encl.

LOCATION          MAILING ADDRESS
H. LEE DENNISON BLDG.    P.O. BOX 6100            (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦ HAUPPAUGE, NY 11788-0099  ♦ TELECOPIER (631) 853-5169