UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

JENNIFER NIN and DIANNE TRITSCHLER,

                                                    Plaintiffs,

                                                                              **DECLARATION OF**
                              -against-                                       **ARLENE S. ZWILLING**

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE,                 19-cv-1546 (SJF) (AKT)
STEVEN BELLONE, SUFFOLK COUNTY POLICE
COMMISSIONER GERALDINE HART, SUFFOLK
COUNTY PISTOL LICENSING BUREAU EXECUTIVE
OFFICER SGT. WILLIAM WALSH, SUFFOLK COUNTY
COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI,
PISTOL LICENSING BUREAU POLICE OFFICER MARC
SFORZA, TOWN OF ISLIP, ANGIE CARPENTER, TOWN
SUPERVISOR, DIRECTOR OF AIRPORT SECURITY
KEVIN BURKE, ISLIP TOWN PERSONNEL DIRECTOR
ARTHUR ABBATE, AIRPORT COMMISSIONER SHELLY
LAROSE-ARKEN, SUFFOLK COUNTY PISTOL LICENSING
BUREAU INVESTIGATOR NICHOLAS LORUSSO and
SUFFOLK COUNTY POLICE DEPARTMENT DETECTIVE
SGT. MICHAEL FLANAGAN,
                                                    Defendants.
_____

        Arlene S. Zwilling, an attorney duly admitted to practice before this Court and the

Courts of the State of New York, affirms as follows under penalty of perjury:

1)      I am an Assistant County Attorney in the office of Dennis M. Cohen, Suffolk County

Attorney, attorney for County defendants in this action pursuant to 42 U.S.C. §1983 brought

by plaintiffs Jennifer Nin and Diane Tritschler.  I submit this Declaration to respond to

certain assertions made by plaintiffs about the discovery process in their submission in

opposition to County defendants' Rule 12 (c) motion.

2)      Plaintiffs allege that I personally hid from them and the Court that supposed fact that the criminal "charges pending against [plaintiff Jennifer] Nin had been closed. " (p. 7, Plaintiff's (SIC) Memorandum of Law in Opposition to Suffolk County Defendants' Motion to Dismiss) (see also ¶3, 5, Declaration of Richard Young ).  This statement is demonstrably untrue because there were no charges brought against plaintiff Nin.  Moreover, Nin and her counsel were fully aware before bringing this litigation that she was not criminally charged, as evidenced by her repeated statements in the Complaint and Affidavit in Support of Order to Show Cause that she was not charged.  Indeed, one of wrongs she alleges on the part of County defendants is that her pistol license was suspended despite that fact that she was not charged with a crime.  (¶68, 89, 94, Complaint; ¶40, 56, 60, 61, Affidavit in Support of Order to Show Cause, docket entry no. 1, document no.4).

3)      Plaintiffs contend that County defendants have "prolonged the release" of the Police Department's Internal Affairs Bureau report (p. 1, Plaintiff's (SIC) Memorandum of Law in Opposition to Suffolk County Defendants' Motion to Dismiss) (see also ¶8, Declaration of Richard Young ).  We have done nothing of the sort and plaintiffs have no basis for making this statement.  As of today, the preliminary report has yet to be reviewed by the Police Department's administration, which must occur before it becomes final and can be released to the County Attorney's Office.

Dated: Hauppauge, New York
        May 20, 2020

                                        /s/ Arlene S. Zwilling
                                         Arlene S. Zwilling
                                         Assistant County Attorney

2