**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

May 27, 2020

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Nin et an. v. County of Suffolk, et al..
19-cv-1546(SJF)(AKT)

Dear Judge Feuerstein:

The Suffolk County Attorney's Office represents Suffolk County defendants ("County defendants") in this civil rights action pursuant to 42 U.S.C. § 1983 brought by plaintiffs Jennifer Nin and Diane Tritschler.

County defendants wish to apprise the Court that we have filed all of our moving and reply papers in support of our motion pursuant to Fed.R.Civ.P. Rule 12 (c) for judgment on the pleadings (docket entry no. 92). We apologize for not also filing plaintiffs' papers in opposition. We were unable to do so because the exhibits to plaintiffs' papers require that the filing be made under seal, and obviously, we cannot make an application for sealing on plaintiffs' behalf. Last week, we asked plaintiffs to make an application to seal in advance of the filing date for the motion, May 26, 2020, but they have yet to do so. Additionally, plaintiffs' have not provided us with electronic copies of their papers, which we also requested.

We are forwarding Chambers courtesy copies of our papers.

We thank the Court for its continuing time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
County Attorney
*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

| LOCATION | MAILING ADDRESS | |
|---|---|---|
| H. LEE DENNISON BLDG. | P.O. BOX 6100 | (631) 853-4049 |
| 100 VETERANS MEMORIAL HIGHWAY    ♦ | HAUPPAUGE, NY  11788-0099    ♦ | TELECOPIER (631) 853-5169 |