# WILLIAM D. WEXLER
ATTORNEY AT LAW
816 DEER PARK AVENUE
NORTH BABYLON, NEW YORK 11703
(631) 422-2900

July 7, 2020

Richard Young, Esq.
Young & Young, LLP
863 Islip Avenue
Central Islip, New York 11722

Arlene S. Zwilling
Assistant County Attorney
County of Suffolk
P.O. Box 6100
Hauppauge, New York 11788

    Re:    Nin v. County of Suffolk, et al.
            19-cv-1546(SJF)(AKT)

Dear Counselors:

Enclosed please find the following documents for service upon your office:

1. Notice of Motion Pursuant to Rule 12(c);

2. Islip Defendants' Memorandum of Law In Support of Motion Pursuant to Rule 12(c) for Judgment on the Pleadings

Very truly yours,

William D. Wexler

WDW/dpc
Encl.