UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JENNIFER NIN, DIANNE TRITSCHLER,

                Plaintiffs,

   -against-

COUNTY OF SUFFOLK, *et al.*,

                Defendants.
-------------------------------------------------------------------X
ANTHONY PASSALACQUA, GLEN KLEIN,

                Plaintiffs,

   -against-

COUNTY OF SUFFOLK, *et al.*,

                Defendants.
-------------------------------------------------------------------X

**ORDER**
19-CV-1546(GRB)(SIL)

19-CV-5738(GRB)(SIL)

FILED
CLERK
3/20/2023 1:27 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**LOCKE, Magistrate Judge:**

    The Court finds that *pro bono* counsel is warranted to represent Jennifer Nin, Dianne Tritschler, Anthony Passalacqua, and Glen Klein (collectively, "plaintiffs") in the above cases. Accordingly, the Court appoints the law firm of Harfenist Kraut & Perlstein LLP by Steven J. Harfenist, Esq., from the Court's *Pro Bono* Panel. Counsel shall file a Notice of Appearance in each case and appear at the in person Court conference before the undersigned scheduled for May 3, 2023 at 10:00 a.m. The Clerk of the Court is directed to mail a copy of this Order to the plaintiffs and to Mr. Harfenist.

Dated:  March 20 , 2023
          Central Islip, New York

**SO ORDERED.**

/s/ Steven I. Locke
Steven I. Locke
United States Magistrate Judge