**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
**(631) 422-2900**

**Via ECF**

April 3, 2024

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
820 Federal Plaza
Central Islip, NY  11722

    Re:    *Nin, et al. v. County of Suffolk, et al.*
             19-CV-01546
             *Passalaqua, et al. v. County of Suffolk, et al.*
             19-CV-05738

Dear Magistrate Judge Locke:

    I represent the Town of Islip defendants in the above matters and write with respect to the status conference set for Tuesday April 9, 2024 at 10:00 a.m. The undersigned will be out of state and is respectfully requesting that the conference be conducted telephonically or virtually. All parties consent to this request.

    I thank the Court for its consideration.

                                                   Respectfully submitted,

                                                     s/

                                                    William D. Wexler

WDW/cm

cc:    Neil Torczyner, Esq.
        Arlene S. Zwilling, Esq.