

ANDREW C. LANG
DIRECT TEL.: 516.355.9632
DIRECT FAX: 516.355.9633
ALANG@HKPLAW.COM

June 27, 2024

**VIA PACER ONLY**
Hon. Magistrate Judge Steven I. Locke
United States District Court
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722

     Re:   *Nin, et al. v. County of Suffolk, et al.*
            19-CV-1546 (GRB) (SIL)
            *Passalacqua, et al. v. County of Suffolk, et al.*
            19-CV-05738 (SRB) (SIL)

Dear Magistrate Judge Locke:

    We represent the plaintiffs *pro bono* in the two above-referenced actions.

    I appeared before you on May 30, 2024, after just taking over this file and several others from Neil Torczyner, who resigned from our office a short time before the Court date. After a short conference, both cases were adjourned to July 2, 2024 for a discussion of settlement and/or the further scheduling of discovery, including depositions.

    I respectfully request a two-week adjournment of the conference. I am still attempting to fully review all of Mr. Torczyner's cases, including these two, and would be in a better position to have a meaningful discussion with the Court if I had a little more time. Thus, the request for an adjournment.

    I emailed both opposing counsel, William D. Wexler and Arlene S. Zwilling, who have no objection to the adjournment. Ms. Zwilling did say, in terms of scheduling, she has a trial starting on July 22, 2024.

    I apologize for any inconvenience and thank the Court for its attention to this matter.

Very truly yours,

Andrew C. Lang

cc.:    William D. Wexler, Esq. (via PACER)
        Arlene S. Zwilling, Esq. (via PACER)