# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

August 20, 2025

Hon. Steven I. Locke, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Nin v. County of Suffolk, et al.*
    CV19-1546(GRB)(AKT)

Dear Judge Locke:

The Suffolk County Attorney's Office represents County defendants in this § 1983 civil rights action. We submit this letter in response to the Court's Order of August 18, 2025.

County defendants are presently discussing with plaintiffs the possibility of voluntarily resolving their claims against us. To that end, the parties jointly request that a settlement conference be scheduled before Your Honor, and that submission of a proposed briefing schedule for County defendants' motion to dismiss be held in abeyance pending the settlement conference.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099    ♦

(631) 853-4049
TELECOPIER (631) 853-5169